

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00153-CV

Marina **CABALLERO**,
Appellant

v.

**LOFTS ON MAIN DBA 1415 NORTH MAIN LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-10463
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice
            H. Todd McCray, Justice

Delivered and Filed: May 27, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due April 6, 2026. Neither the brief nor a motion for extension of time was filed. We therefore ordered appellant to file, by May 18, 2026, appellant's brief and a written response reasonably explaining her failure to timely file the brief. We admonished appellant that if she failed to file a brief or a written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); 42.3(b). Appellant has not filed the brief or a motion for extension of time.

Accordingly, this appeal is dismissed.

PER CURIAM